**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **MCCLISH, DAVID E** | ) | **BANKRUPTCY CASE 09-12797** |
| **MCCLISH, ROBIN S** | ) | **Chapter 7** |
| | ) | |
| **DEBTORS.** | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed

creditors were less than $5.00 each:

Claim #3       Orange Cross Radiology                                                   $3.69
              Michiana Professional Credit
              111 W. Spring Street #1
              LaGrange, IN  46761

Claim #5       Merchants Retail Credit Assoc., Inc.              $1.83
              P.O. Box 11285
              333 E. Washington Blvd.
              Fort Wayne, IN  46857

Total Check Amount =  $5.52

                                        Respectfully submitted,

                                        /s/ Dustin M. Roach
                                        Dustin M. Roach, Chapter 7 Trustee
                                        436 East Wayne Street
                                        Fort Wayne, Indiana   46802
                                        Telephone: 260-424-8132
                                        dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on the 5th day of October 2010, a true and correct copy of
the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through
the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building,
100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail,
postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                        /s/ Dustin M. Roach
                                        Dustin M. Roach, Trustee